<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6202**

———————

JOHN W. HALL,

Plaintiff - Appellant,

versus

TOMMY LAWSON, Commonwealth's Attorney; RICKY
BALDWIN, Investigator,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Samuel G. Wilson, Chief District Judge.  (CA-99-861)

———————

Submitted:  June 15, 2000          Decided:  June 22, 2000

———————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

John W. Hall, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John W. Hall appeals from the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2000) action without prejudice for his failure to timely return the consent form permitting the court to debit his prison account as required under the Prison Litigation Reform Act, 28 U.S.C.A. § 1915(b) (West Supp. 2000).[*] Because Hall may cure this defect in his pleading by amending his complaint to include this form, the district court's order is not a final, appealable order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss this appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although Hall returned the form entitled "Inmate Account Report," he did not return the form entitled "Consent to Fee."